**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER REINSTATING APPEAL

Appellate case name:        James W. Cleveland v. The State of Texas

Appellate case number:    01-18-00668-CR

Trial court case number:  1529355

Trial court:                      180th District Court of Harris County

      In conjunction with appellant's retained counsel withdrawing from this appeal, the case was abated and remanded to the trial court to determine whether counsel should be appointed to represent appellant. A reporter's record of the abatement hearing has been filed indicating that appellant wishes to pursue the appeal with appointed counsel. A notice of appearance has been filed by appellant's newly appointed counsel along with the trial court's order appointing counsel. Accordingly, we REINSTATE this case on the Court's active docket. Crespin Michael Linton is designated as appellant's new counsel of record.

      Appellant's brief shall be due within 30 days of the date of this order. *See* TEX. R. APP. P. 38.6(a). The State's brief, if any, shall be due within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

      It is so ORDERED.


Judge's signature: ____/s/ Gordon Goodman____
                                   Acting individually


Date: ____July 18, 2019_____